RECEIVED
OCT 30 2000
CITY ATTORNEY'S OFFICE
BY: ______

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Arthur Earl Moore,**

**Plaintiff,**

**vs.**

**Officer Ramsdell and Officer Morrison, both personally and in their official capacities; and City of Minneapolis,**

**Defendants.**

**Court File No.: 00-174 (DSD/JMM)**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that Plaintiff's Complaint in the above entitled action may be dismissed with prejudice pursuant to Rule 41 (a)(1), Federal Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: 10/30/2000

______
JAY M. HEFFERN
City Attorney
By
PETER W. GINDER
Assistant City Attorney
Attorney Reg. No. 35099
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2478

Attorneys for Defendant

Dated: 10/27/00

______
JORDAN KUSHNER
Attorney Reg. No.
Sexton Building
Suite 636
529 South Seventh Street
Minneapolis, MN 55415

Attorney for Plaintiff

FILED NOV 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD NOV 01 2000
DEPUTY CLK

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, the above referenced matter is dismissed with prejudice and without costs or disbursements to any party.

Dated: 11/1/00

Judge of United States District Court

LET JUDGMENT BE ENTERED ACCORDINGLY.